UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4-09-CV-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## CONCURRENCE WITH MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **DANIEL D. LORENSO and LARKSPARK CORPORATION**, Defendants in the above numbered and styled case, and file this Concurrence with Motion for Withdrawal of Counsel and would show the Court as follows:

1. Daniel D. Lorenso and LarkSpark Corporation (collectively the "Lorenso Defendants") agree to the Motion for Withdrawal of Counsel [Docket No. 62] (the "Motion") filed by Richard D. Pullman and Collins, Basinger & Pullman, PC.

2. The Lorenso Defendants have received a copy of the Motion. The address listed as the last known address for the Lorenso Defendants is correct. That address is 9613 Beck Drive, Plano, Texas 75025.

3. The Lorenso Defendants no longer wish to employ Richard D. Pullman and Collins, Basinger & Pullman, PC.

4. In consideration for Collins, Basinger & Pullman, PC agreeing to refund to the Lorenso

**Concurrence with Motion for Withdrawal of Counsel**                                   Page 1

Defendants $3,500.00 in attorney's fees upon the granting of the Motion, the Lorenso Defendants file this Concurrence with Motion for Withdrawal of Counsel.

Date submitted: July 13, 2010

Respectfully submitted,

By: *D. Dnlo* 
Daniel D. Lorenso
9613 Beck Drive
Plano, Texas 75025
(972) 333-4139
DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on all parties through their counsel of record via the Court's ECF/CM system or certified mail, return receipt requested.

*DrL*
Daniel Dante Lorenso