# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO, ET AL. | § | |

## ORDER

Pending before the Court is Movant's Motion for Withdrawal of Counsel (Dkt. #62). Having considered the relevant pleadings, the Court finds that the request should be denied for thirty (30) days to give Defendants the opportunity to complete outstanding discovery requests.

It is therefore ORDERED that Movant's Motion for Withdrawal of Counsel (Dkt. #62) is DENIED at this time, subject to refiling.

**IT IS SO ORDERED**.
**SIGNED this 29th day of July, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE