UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-CV-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted to the United States District Court for the Eastern District of Texas, and I appear in this case as counsel for Daniel D. Lorenso and Larkspark Corporation.

Date:  August 2, 2010

Respectfully submitted,

 /s/ Ernest P. Nycz
ERNEST P. NYCZ
State Bar No. 24005547
2300 McDermott, Suite 200-369
Plano, Texas 75025
Email:  ernie@nycz.com
Phone (972) 377 8191
Fax (214) 853 5905
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Notice of Appearance has been electronically filed on the CM/ECF system, and via fax to:

Neal G. Massand  (Attorney for Platintiff)
Fax : 214 462 6401

Richard Pullman (Attorney for Defendant)
Fax 972 991 8910

                                            /s/ Ernest P. Nycz
                                            ERNEST P. NYCZ