UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-CV-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING AGREED MOTION FOR LEAVE TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL SOURCE CODE FROM DEFENDANTS AND MOTION FOR SANCTIONS**

On this day the Court considered the Agreed Motion for Leave to Extend Deadline to File Response to Plaintiff's Motion to Compel Source Code From Defendants and Motion for Sanctions.

The Court finds that the Motion should be granted.

IT IS ORDERED that Plaintiff's deadline to respond to Plaintiff's Motion to Compel Source Code From Defendants and Motion for Sanctions [Docket No. 64] is extended to August 11, 2010.

**SIGNED this 5th day of August, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE