UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| v. | § | Case No. 4:09-cv-350 |
| | § | |
| DANIEL D. LORENSO, ET AL. | § | |

ORDER GRANTING UNOPPOSED MOTION TO
ENLARGE TIME TO RESPOND TO MOTION TO QUASH

On this day, the Court considered the Unopposed Motion to Enlarge Time to Respond to Motion to Quash. The motion is hereby GRANTED and the deadline for Plaintiff to respond to Darren Dittrich and Sell.com's Motion to Quash is moved to August 19, 2010.

**SIGNED this 6th day of August, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
ENLARGE TIME TO RESPOND TO MOTION TO QUASH – Solo Page

DALLAS\81993.1
ID\NGM - 106446/0003