# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO, ET AL. | § | |

## ORDER

The Court hereby sets VocalSpace, LLC's Motion to Compel Source Code from Defendants and Motion for Sanctions (Dkt. #64) for a telephonic status conference on ***Monday, August 23, 2010, at 10:00 a.m.*** The Court directs Plaintiff's counsel to set up the teleconference call by either calling the Court at (903) 893-7008, ext. 221, with opposing counsel already on the line, or by furnishing the Court and opposing counsel with a teleconference dial-in number and conference code. Counsel may notify the Court and opposing counsel of the call information via email (court's email address Terri_Scott@txed.uscourts.gov).

**IT IS SO ORDERED.**
**SIGNED this 18th day of August, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE