UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

VOCALSPACE, LLC

v.                                                                                  Case No. 4:09-cv-350

DANIEL D. LORENSO, ET AL.

## ORDER
_____

Before the Court is Plaintiff VocalSpace's Motion to Compel Source Code from Defendants and Motion for Sanctions (Dkt. #64). Having considered the relevant pleadings, and after holding a telephone conference in the matter on this date,

IT IS HEREBY ORDERED THAT Plaintiff VocalSpace's Motion to Compel Source Code from Defendants is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's Motion for Sanctions is DENIED, subject to reurging, if necessary.

**SIGNED this 23rd day of August, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE