## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**VOCALSPACE, LLC**

**v.**                                          **Case No. 4:09-cv-350**

**DANIEL D. LORENSO, ET AL.**


### ORDER GRANTING AGREED MOTION OF VOCALSPACE FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE

VocalSpace, LLC ("VocalSpace") has filed an agreed motion ("Motion") seeking permission to file its Supplemental Response to Darren Dittrich and Sell.com's Motion to Quash, as attached to the Motion. Having considered the Motion, the Motion (Dkt. #86) is GRANTED.

IT IS SO ORDERED.

**SIGNED this 8th day of September, 2010.**


_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE