# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO and . | § | |
| LARKSPARK CORPORATION | § | |

### ORDER

Pending before the Court is Darren Dittrich and Sell.com's Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Dkt. #53). Having considered the relevant pleadings, the Court finds that the motion should be DENIED.

**IT IS SO ORDERED**.
**SIGNED** this 9th day of September, 2010.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE