# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION | § | |

## ORDER

Pending before the Court is Darren Dittrich and Sell.com's Motion to Reconsider Order Denying Motion to Quash Subpoena (Dkt. #90). Having considered the relevant pleadings, the Court finds that the request should be granted in part.

It is therefore ORDERED that Darren Dittrich and Sell.com's Motion to Reconsider Order Denying Motion to Quash Subpoena (Dkt. #90) is hereby GRANTED in part and the Court shall grant the alternative relief.

It is further ORDERED that Sell.com will install a copy of its source code on an independent server at its facility and then permit VocalSpace's representatives or programmers to conduct a reasonable search or examination over a reasonable time for evidence of allegedly misappropriated code. Sell.com may have two representatives present during the inspection.

**SIGNED this 8th day of October, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE