# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO and  . | § | |
| LARKSPARK CORPORATION | § | |

### ORDER

Pending before the Court is Plaintiff's Emergency Motion to Amend Scheduling Order (Dkt. #93). Defendants shall file a response no later than 5:00 p.m. on October 14, 2010, or notify the Court that there is no opposition.

**IT IS SO ORDERED**.
**SIGNED this 12th day of October, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE