UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:09-cv-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

The Court hereby grants in part and denies in part, as follows, Plaintiff's Emergency Motion to Amend Scheduling Order (Dkt. #93) The following actions shall be completed by the dates indicated:

| Pretrial Events | New Deadlines |
|---|---|
| Discovery deadline | November 24, 2010 |
| Deadline to complete ADR | November 22, 2010 |

IT IS SO ORDERED.

SIGNED this 18th day of October, 2010.

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE