UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:09-cv-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL ITS PARTIAL MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS**

COMES NOW Plaintiff VocalSpace, LLC, and files its Motion to File Under Seal its Partial Motion for Summary Judgment Regarding Plaintiff's Claims ("Motion") and respectfully shows as follows:

The Motion contains confidential information of both parties that has been marked "Confidential" or "Highly Confidential" under the Protective Order. *See* Doc. No. 75. Therefore, VocalSpace respectfully requests that the Court enter an order allowing it to file its Partial Motion for Summary Regarding Plaintiff's Claims under seal, pursuant to Local Rule CV-5(a)(7).

WHEREFORE, VocalSpace requests that the Court grant this motion and permit it to file the Motion under seal.

Respectfully submitted,

/s/ Brian A. Colao
Brian A. Colao
Texas Bar No. 00793528
bcolao@dykema.com
Neal Massand
Texas Bar. No. 24039038
nmassand@dykema.com
Mina R. Saifi
Texas Bar No. 24066801
msaifi@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 2400
Dallas Texas 75201
(214) 462-6400 - Telephone
(214) 462-6401 – Facsimile
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have conferred regarding the sealing of this motion by way of their joint agreed motion for entry of Agreed Amended Protective Order, which the Court signed on August 10, 2010.

/s/ Brian A. Colao

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 5, 2010. Any other counsel of record will be served by First Class U.S. Mail on this same date.

/s/ Brian A. Colao

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**
**ITS PARTIAL MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFF'S CLAIMS**

DALLAS\107951.1
ID\MRSAI - 106446/0003