**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **VOCALSPACE, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:09-cv-00350 |
| | § | |
| **DANIEL D. LORENSO** and | § | |
| **LARKSPARK CORPORATION,** | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS

On this day came on to be considered Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Claims ("Motion"). Upon consideration, the Court finds the Motion to be well taken.

IT IS, THEREFORE, ORDERED that the Court GRANT Plaintiff's Motion.