EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC<br><br>　　Plaintiff,<br><br>v.<br><br>DANIEL D. LORENSO and<br>LARKSPARK CORPORATION<br><br>　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 4-09-CV-00350 |

## **DECLARATION OF DANIEL DANTE LORENSO**

1. My name is Daniel Dante Lorenso. I own a company called LarkSpark Corporation. I am over 18 years old and I have never been convicted of a crime. I have personal knowledge of the facts stated in this declaration and all statements contained herein are true and correct.

2. On January 8, 2007, I met with Randy Dryburgh, CEO of VocalSpace LLC, in VocalSpace offices.

3. VocalSpace had drafted and presented me with a document titled "Independent Contractor Agreement", a copy of which is labeled as "Exhibit A" and is attached to Plaintiff's Motion for Partial Summary Judgment.

Exhibit B

4. I read through the agreement that was presented to me and I agreed to all of its terms. On January 8, 2007, I signed the agreement in front of Randy Dryburgh and watched him as he countersigned the agreement. We both dated the agreement "1/8/07". Randy Dryburgh made me a copy of the agreement, and he kept the original. A copy of the agreement is attached as "Exhibit A" to Plaintiff's Motion for Partial Summary Judgment.

5. At no time while working with VocalSpace did I ever access any of the plaintiff's computers without authorization or exceed any authorization that was given to me.

6. At no time have I ever intended to defraud VocalSpace.

7. I have never stolen or misappropriated software code that was owned by VocalSpace.

8. I made VocalSpace aware on May 16, 2006 that I intended to create code for my own projects. After that date I repeatedly informed the owners of VocalSpace that I intended to create my own code for my own use.

9. I was never an officer or director of VocalSpace. At one time I was offered ownership in VocalSpace, but VocalSpace never followed through with that promise and VocalSpace never gave me the ownership that I was promised. I was never a fiduciary for VocalSpace.

10. There is not now nor has there ever been any non-compete or non-disclosure agreements in effect between myself and VocalSpace.

Exhibit B

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 5, 2010.

_____  11/5/10

Daniel Dante Lorenso

Exhibit B