UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VOCALSPACE, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:09-CV-00350 |
| § | |
| DANIEL D. LORENSO and § | |
| LARKSPARK CORPORATION, § | |
| § | |
| Defendant. § | |

**ORDER**

Before the Court is Defendants Motion for Partial Summary Judgment Having read the Motion and the Response, IT IS HEREBY ORDERED THAT the motion is Granted.

SO ORDERED