# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION**

| | |
|---|---|
| **VOCALSPACE, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Civil Action No:   4-09 CV 00350 |
| § | |
| **DANIEL D. LORENSO and** § | |
| **LARKSPARK CORPORATION,** § | |
| § | |
| **Defendants.** § | |

## AGREED SCHEDULING ORDER

COME NOW the parties and agree on the following Agreed Scheduling Order, which is hereby adopted and approved by the Court.

1. The deadline for filing responses to all summary judgment motions is December 28, 2010.

2. The deadline for discovery is January 7, 2011.

3. Mediation will take place by January 14, 2011.

4. Deadline to file joint pretrial order, motions in limine, and joint proposed jury instructions (or proposed findings of fact & conclusions of law) is February 4, 2011.

5. Final pre-trial conference and jury selection will be held on February 10, 2011.

6. The jury trial will be held on February 15, 2011.