UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-CV-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### DECLARATION OF DANIEL DANTE LORENSO

1) My name is Daniel Dante Lorenso. I own a company called LarkSpark Corporation. I am over 18 years old and I have never been convicted of a crime. I have personal knowledge of the facts stated in this declaration and all statements contained herein are true and correct.

2) I have a bachelor's degree in computer science from the University of Florida. I have over 15 years of experience in computer programming.

3) Computer log files are files that are automatically generated by a computer server that, for example, show when a computer was turned on or "booted", any operating errors that the server may encounter, and also record when a visitor comes to and leaves a web site that is hosted on that server.

4) The log files can get very large very quickly, and therefore apache servers (which was the type of servers defendants used) automatically employ a log rotation system in which logs are overwritten every four weeks.

5) I told the plaintiff prior to starting PubClip.com that I planned to operate a website that did audio and video publishing.

6) Log files are not computer source code. I turned over all of PubClip.com computer source code to plaintiff on or about August 6, 2010.

7) I declare under penalty or perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 9, 2010.

_____  12/09/10
Daniel Dante Lorenso