# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| | § | |
| V. | § | CASE NO. 4:09-cv-350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO, ET AL. | § | |

### ORDER

Pending before the Court is Defendant's Motion to Compel Plaintiff to Amend Responses for Production and Request for Discovery Sanctions (Dkt. #106) Having considered the relevant pleadings and the argument of counsel at the December 15, 2010 hearing, the Court finds the motion should be granted in part and denied in part. The Court spent over an hour addressing each item in dispute between the parties, and the Court made oral rulings on each item.

IT IS SO ORDERED.

**SIGNED this 15th day of December, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE