IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. LORENSO and<br>LARKSPARK CORPORATION<br><br>Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4-09-CV-00350 |

### DECLARATION OF DANIEL DANTE LORENSO

1. My name is Daniel Dante Lorenso. I am a Defendant in the above referenced action. I am over 18 years old.

2. I was in Europe and Asia for most of December and was due back in Texas on December 21, 2010. Severe weather problems affecting flights to the United States grounded several flights and delayed others. I ended up stuck in Frankfurt, Germany for several days and did not make it back to Texas until the evening of December 23, 2010.

3. In the middle of my overseas trip, prior to Christmas, the hard drive on my Apple Macbook Pro laptop computer failed. That computer hard drive contained all of the work that I had been preparing to respond to Plaintiff's summary judgment motions. I was not able to get my computer repaired overseas and upon my return to North Texas I worked as

EXHIBIT A

quickly as possible to purchase a new hard drive and restore the data on the failed hard drive until December 28, 2010.

    4.   I declare under penalty or perjury under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 31, 2010.

_____  12/31/10

D. Dante Lorenso

EXHIBIT A