327368c7b69e54e8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-CV-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Emergency Motion to Extend Deadlines for Defendants' Responses to

Motions for Summary Judgment (Dkt. #144)

Having read the Motion, IT IS HEREBY ORDERED THAT Defendants' motion is

GRANTED and that Defendants shall have until January 3, 2011, to file their responses to the

Plaintiff's Summary Judgment motions.

IT IS SO ORDERED.

**SIGNED this 3rd day of January, 2011.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE