UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-CV-00350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendants' Motion for Leave to File Amended Answer and Lorenso's First Amended Counterclaims (Dkt. #119). Having considered the relevant pleadings, the Court finds that the motion should be GRANTED.

IT IS SO ORDERED.

**SIGNED this 6th day of January, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE