IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC, | § § | |
| Plaintiff, | § § § | CASE NO. 4:09-CV-350 |
| v. | § § | |
| DANIEL D. LORENSO and LARKSPARK CORPORATION | § § § | |
| Defendant. | | |

**ORDER REGARDING EXHIBITS**

The Court enters this order *sua sponte*. The Court **ORDERS** the following:

(1) At the conclusion of the evidentiary phase of trial, each party shall be responsible for pulling those exhibits admitted at trial. In addition, each party shall submit to the Court a Final Exhibit List of all exhibits admitted during trial for each respective party. For Example: Plaintiff will tender a list entitled, "Plaintiff's Final Exhibit List of Exhibits Admitted During Trial." Defendant will tender a list entitled "Defendant's Final Exhibit List of Exhibits Admitted During Trial."

(2) At the conclusion of trial, all boxes of exhibits shall be returned to the respective parties and the parties are instructed to remove these exhibits from the courtroom.

(3) Within two business days of the conclusion of trial, each party shall submit to the Court the following:

(a) A disk or disks containing all admitted trial exhibits in PDF format. If tangible exhibits were admitted, such exhibits shall be substituted with a photograph to be converted to a PDF

file and shall be included in the Court's disk of admitted exhibits. If the Court ordered any exhibits sealed during trial, the Sealed Exhibits shall be copied on a separate disk.

(b) A disk or disks containing the transcripts of Video Depositions played during trial, along with a copy of the actual video deposition.

(4) After verification of exhibit lists by the Clerk, the lists shall be filed by the Clerk, and the disk or disks containing the exhibits in PDF format shall be stored in the Clerk's Office, Sherman Division.

**IT IS SO ORDERED.**
**SIGNED this 17th day of February, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE