# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION | § | |

## <u>ORDER</u>

Plaintiff's opposed Emergency Motion to Amend Scheduling Order (Dkt. #196) was filed on February 17, 2011.   Defendants shall file a response no later than February 22, 2011, or notify the Court that there is no opposition.  If no response is filed by that date, the Court will assume Defendants have no opposition to the Court granting Plaintiff's motion.

**IT IS SO ORDERED.**

**SIGNED this 18th day of February, 2011.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE