# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| VOCALSPACE, LLC | § | |
| --- | --- | --- |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO, ET AL. | § | |

## AMENDED SCHEDULING ORDER

On February 18, 2011, the Court held a telephonic hearing on Plaintiff's Emergency Motion to Amend Scheduling Order (Dkt. #196). After hearing argument from Counsel, the Court finds that the motion should be granted as follows:

| PRETRIAL EVENTS | DEADLINES |
| --- | --- |
| Deadline to file motions in limine | February 24, 2011 |
| Deadline to file joint pretrial order & joint proposed jury instructions | March 4, 2011 |
| Deadline to complete mediation | March 7, 2011 |
| Final Pretrial Conference | March 18, 2011, at 10:00 a.m. at the U. S. Courthouse Annex, Sherman |
| Jury Selection/Jury Trial | March 21, 2011, at 9:00 a.m. |

This Scheduling Order shall not be modified except by leave of Court upon showing of good cause, and shall be binding on all parties.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of February, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE