**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **VOCALSPACE, LLC,** | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | Case No. 4:09-cv-00350 |
| **DANIEL D. LORENSO and LARKSPARK CORPORATION,** | | |
| Defendants. | | |

**AMENDED SCHEDULING ORDER (Re: Dkt. #209)**

| Events | New Deadlines |
|---|---|
| Parties to file Joint Pre-Trial Order and Proposed Jury Instructions | March 9, 2011 |
| Final Pre-Trial Conference | March 18, 2011, 10:00 a.m., |
| Jury Selection/Trial | March 21, 2011, 9:00 a.m. |

**SIGNED this 3rd day of March, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE