# EXHIBIT B

EXHIBIT B

Home | About | PHP 5, PostgreSQL, and PDO

Search: type, hit enter

# Dante's Code
*Programming opinions, tips, and tricks from Dante Lorenso*

## Still fighting a lawsuit

Posted by dante on January 10, 2011                                                0 comments

As of January, 2011, I am still involved in a lawsuit with a former customer of LarkSpark. LarkSpark is being sued because this customer believes they have a copyright which is being infringed upon. If they were really wronged, you'd think they would have attempted to talk with me some time in the last 2.5 years. Only recently have I received a copy of they code they claim is their copyright and only recently have I found that they very same code contains a plethora of open source code which they do not have the right to copyright.

I think after this lawsuit is over I may just release my PubClip.com project as 100% open source in order to make sure that the community gets back what it has given. If the assholes suing me want to put me out of business because they have more money (despite the fact they have been wrong all along) then let them have **500 competitors overnight** and see how long they stay in business.

– Dante

## Discovering Windows Live Writer

Posted by dante on August 9, 2009                                                  0 comments

This post was created using Windows Live Writer.

There is a new product that I was just alerted to that enables authors of blogs to post to their blogs very quickly and easily using normal desktop software.

You can download the Windows Live software here:

http://download.live.com/

It works on my Windows Vista machine.

The reason I like this software is that these days, people have a lot of blogs. It's a pain to log into all the different blog sites with different urls and different usernames and passwords trying to keep the blog posts up-to-date. With Windows Live Writer, I can easily add a blog to my app and it will allow me to post from one spot.

I haven't tried the Video and Photo posting features yet, but I'm sure that'll be cool too. I'm curious to know how far this "free" software revolution will go. Is there a catch? Am I giving up privacy or being spied on by big brother? How is it that Microsoft is willing to give away these Mail, Photo, and Blogging tools for free? What do they want in return, and am putting all the small businesses out of business by supporting them?

Check out these tools and let me know what you think the strategy is.

## Announcing the Launch of PubClip.com

Posted by dante on July 9, 2008                                                    3 comments

If you like the PHP 5 coding style represented on this site, rest assured that I have used these techniques while building the all new PubClip.com service.

PubClip allows you to record and publish audio and video clips. The name PubClip stands for "publish clip" (yes, I've got the PublishClip.com domain registered also). You can use PubClip.com to record phone calls. Many of our customers use this feature to record conference calls, record customer testimonials, and do mobile blogging.

Take a look at the new service. PubClip.com is a division of my company, LarkSpark Corporation. Sign up for a free-trial account if you just want to poke around the service and see what it's all about.

### Archives
January 2011
August 2009
July 2009
October 2007

### March 2011

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

« Jan

### Pages
About
PHP 5, PostgreSQL, and PDO
　　Part 1: The Database API
　　Part 2: Introduction to PDO
　　Part 3: PostgreSQL Specifics
　　Part 4: Putting It All Together

### Categories
business
PHP
Programming
Tips
Uncategorized

### Programming
PHP.net

### Recent Posts
Still fighting a lawsuit
Discovering Windows Live Writer
Announcing the Launch of PubClip.com
faad2-2.6 SRPM for compiling ffmpeg SVN-20071018 on CentOS 5
Evolution of PHP Coder: Naming Classes

### Meta
Log in
Entries RSS
Comments RSS
WordPress.org

EXHIBIT B