# EXHIBIT A

Case 4:09-cv-00350-ALM   Document 213-1   Filed 03/08/11   Page 2 of 2

## Still fighting a lawsuit

△ Top

Posted by dante on January 10, 2011          Go to comments          Leave a comment (0)

As of January, 2011, I am still involved in a lawsuit with a former customer of LarkSpark.  LarkSpark is being sued because this customer believes they have a copyright which is being infringed upon.  If they were really wronged, you'd think they would have attempted to talk with me some time in the last 2.5 years.  Only recently have I received a copy of they code they claim is their copyright and only recently have I found that they very same code contains a plethora of open source code which they do not have the right to copyright.

I think after this lawsuit is over I may just release my PubClip.com project as 100% open source in order to make sure that the community gets back what it has given.  If the assholes suing me want to put me out of business because they have more money (despite the fact they have been wrong all along) then let them have **500 competitors overnight** and see how long they stay in business.

– Dante

business

← Discovering Windows Live Writer

## Leave a Reply

Your email address will not be published. Required fields are marked *

| | Name* |
| --- | --- |
| | Email* |
| | Website |

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

**Post Comment**

Copyright © 2011 Dante's Code  | Powered by WordPress | Theme zBench  | Valid XHTML and CSS 3

## Archives

January 2011
August 2009
July 2008
October 2007

### January 2011

| S | M | T | W | T | F | S |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | **10** | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

« Aug

03/06/2011 08:25 AM