# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION | § | |

### ORDER

Defendants' Emergency Motion to Compel Production of Plaintiff's Source Code and Motion to Continue Trial Setting (Dkt. #212) was filed on March 8, 2011. Plaintiff shall file a response no later than March 10, 2011, or notify the Court that there is no opposition. If no response is filed by that date, the Court will assume Plaintiff has no opposition to the Court granting Defendants' motion.

**IT IS SO ORDERED.**
**SIGNED this 8th day of March, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE