# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:09cv350 |
| | § | (Judge Mazzant) |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION | § | |

## ORDER

Plaintiff's Emergency Motion for Protective Order (Dkt. #213) was filed on March 8, 2011. Defendants shall file a response no later than March 10, 2011, or notify the Court that there is no opposition. If no response is filed by that date, the Court will assume Defendants have no opposition to the Court granting Plaintiff's motion.

**IT IS SO ORDERED.**
**SIGNED this 9th day of March, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE