Exhibit D

# Massand, Neal

| | |
|---|---|
| **From:** | Ernest P. Nycz [ernie@nycz.com] |
| **Sent:** | Monday, May 09, 2011 10:44 AM |
| **To:** | Massand, Neal |
| **Cc:** | Colao, Brian |
| **Subject:** | Re: FW: settlement documents |

Neal,

Here is the order that is in place.

1

Case 4:09-cv-00350-ALM Document 222 Filed 03/14/11 Page 1 of 1

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § § | |
| V. | § § | CASE NO. 4:09cv350 |
| DANIEL D. LORENSO and LARKSPARK CORPORATION | § § § | (Judge Mazzant) |

## ORDER ON CLOSING DOCUMENTS

The Court has been advised by the parties through their attorneys that all claims in the above-styled civil action have been settled.

Therefore, it is **ORDERED** that, on or before May 13, 2011, all parties shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court. If such papers are not received by the court by the scheduled deadline, the court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that the trial of this matter and all associated deadlines are hereby CANCELED.

**SIGNED** this 14th day of March, 2011.

*Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE

We have until Friday to inform to submit all final papers, or ask for more time.

We have not yet analyzed all the papers you sent me.  I hope to have that done in the next couple of days.

   Please know I am leaving tomorrow on business to San Diego, and while I hope to be able to analyze everything, there may be a chance we need more time.

If you want to seek relief from the Court, you can do so.

Ernie Nycz


On 5/9/2011 10:14 AM, Massand, Neal wrote:
> Ernie,
>
> To follow up on my email below, the client has instructed us to seek relief from the Court if we do not hear from you by 5 p.m. today.  Your response will be appreciated.
>
> Neal

---

**From:** Massand, Neal
**Sent:** Monday, May 09, 2011 9:49 AM
**To:** 'Ernest P. Nycz'
**Cc:** Colao, Brian
**Subject:** settlement documents

Ernie,

It has been over a week since I sent you draft settlement documents.  I believe our deadline under the settlement memo is this Friday.  Please get in touch with me to discuss the settlement documents, as we would like to avoid seeking additional time from the Court.

Neal
*** Notice from Dykema Gossett PLLC: To comply with U.S. Treasury regulations, we advise you that any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used, by any person (i) for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service, or (ii) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. DYKEMA