# Exhibit A

**Massand, Neal**

| | |
|---|---|
| From: | Massand, Neal |
| Sent: | Sunday, May 01, 2011 5:23 PM |
| To: | Ernest P. Nycz |
| Subject: | RE: settlement agreement and agreed judgment |
| Attachments: | DALLAS-_157238-v1-Agreed_Judgment[1].docx; DALLAS-_157225-v1-Settlement_Agreement[2].docx |

From: Ernest P. Nycz [ernie@nycz.com]
Sent: Sunday, May 01, 2011 5:16 PM
To: Massand, Neal
Subject: Re: settlement agreement and agreed judgment

Neal,

Nothing was attached.

Ernie


On 5/1/2011 2:55 PM, Massand, Neal wrote:
> Ernie,
>
>
>
> Please see the attached settlement agreement and agreed judgment.
>
>
>
> Please let me know your thoughts.
>
>
>
> Neal
>
> *** Notice from Dykema Gossett PLLC: To comply with U.S. Treasury
regulations, we advise you that any discussion of Federal tax issues in
this communication was not intended or written to be used, and cannot be
used, by any person (i) for the purpose of avoiding penalties that may be
imposed by the Internal Revenue Service, or (ii) to promote, market or
recommend to another party any matter addressed herein. This Internet
message may contain information that is privileged, confidential, and
exempt from disclosure. It is intended for use only by the person to whom
it is addressed. If you have received this in error, please (1) do not
forward or use this information in any way; and (2) contact me
immediately. Neither this information block, the typed name of the sender,
nor anything else in this message is intended to constitute an electronic

1

signature unless a specific statement to the contrary is included in this message. DYKEMA
>