# Exhibit B

## Massand, Neal

**From:** Massand, Neal
**Sent:** Wednesday, May 04, 2011 2:33 PM
**To:** 'Ernest P. Nycz'

Ernie,

Any idea when you will have comments on the drafts I sent? I will be sending the remaining exhibits tomorrow.

Neal