# Exhibit C

**Massand, Neal**

| | |
|---|---|
| **From:** | Massand, Neal |
| **Sent:** | Friday, May 06, 2011 11:06 AM |
| **To:** | 'Ernest P. Nycz' |
| **Subject:** | BH01- 1319582-v1-VocalSpace - Domain Name Transfer Agreement.doc |
| **Attachments:** | BH01-_1319582-v1-VocalSpace_-_Domain_Name_Transfer_Agreement.doc |

Ernie,

Please see the attached domain name transfer agreement. Please let me know when you'd like to discuss the agreements you have so far. I haven't heard from you in several days and would like to get this wrapped up prior to next Friday.

Neal

## Massand, Neal

| | |
|---|---|
| **From:** | Massand, Neal |
| **Sent:** | Friday, May 06, 2011 11:13 AM |
| **To:** | 'Ernest P. Nycz' |
| **Subject:** | BH01- 1319185-v1-VocalSpace - Intellectual Property Assignment.doc |
| **Attachments:** | BH01-_1319185-v1-VocalSpace_-_Intellectual_Property_Assignment.doc |

Ernie,

Here is the intellectual property assignment.

Neal

1