# EXHIBIT E

## Massand, Neal

| | |
|---|---|
| **From:** | Ernie Nycz [ernie@nycz.com] |
| **Sent:** | Tuesday, May 10, 2011 5:02 PM |
| **To:** | Massand, Neal |
| **Cc:** | Colao, Brian |
| **Subject:** | Re: settlement documents |

I am not sure why you guys "Ran" to the court. I was always planning on getting you feedback without regard to the court.

BTW, you are the ones actually in breach. The original mediated settlement agreement said both parties were supposed to work to get done within 30 days from the mediated settlement agreement. You did not send me any drafts until long after the 30 day window... It was understood to me that your side was going to work up the first draft settlement docs, which you did not get to me until a little over 1 week ago.

I have noted many comments, I have sent to my client for his review. I hope to have some comments for you tomorrow. I expect this to be wrapped up long before we talk to the Judge, depending on how reasonable we are all going to be in this process.

Ernie Nycz

On 5/10/11 4:56 PM, Massand, Neal wrote:
Ernie,

In light of the Court's ruling, do you think you will be able to provide feedback on the documents early next week?

Neal
*** Notice from Dykema Gossett PLLC: To comply with U.S. Treasury regulations, we advise you that any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used, by any person (i) for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service, or (ii) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. DYKEMA