# EXHIBIT F

## Massand, Neal

| | |
|---|---|
| **From:** | Ernest P. Nycz [ernie@nycz.com] |
| **Sent:** | Friday, May 20, 2011 10:01 AM |
| **To:** | Massand, Neal |
| **Cc:** | Colao, Brian |
| **Subject:** | Re: FW: FW: settlement documents |

Neal,

I should have some response drafts for you this afternoon. I am meeting with Dante today in my office in the next hour.

I will call you this afternoon.

Ernie

On 5/19/2011 5:29 PM, Massand, Neal wrote:
Ernie,

We still have not received your feedback. Please give us your comments as soon you can so that we can resolve as many issues as possible before the 27th.

Neal

**From:** Massand, Neal
**Sent:** Thursday, May 19, 2011 9:20 AM
**To:** 'Ernie Nycz'
**Cc:** Colao, Brian
**Subject:** RE: FW: settlement documents

Ernie,

As we stated before, the earlier we can get feedback, the more likely we will be able to avoid involving Judge Mazzant. Please get us comments as soon as possible.

Neal

**From:** Ernie Nycz [mailto:ernie@nycz.com]
**Sent:** Wednesday, May 18, 2011 6:32 PM
**To:** Massand, Neal
**Cc:** Colao, Brian
**Subject:** Re: FW: settlement documents

Neal,

Per my email this morning, I am still at a clients location. I hope to have something for you tomorrow or friday.

Ernie

1

On 5/18/11 6:05 PM, Massand, Neal wrote:
Ernie,

We still have not received any comments on the proposed settlement documents. Please provide feedback as soon as possible so we can try to resolve issues before the 27th.

Thanks,

Neal

---

**From:** Massand, Neal
**Sent:** Wednesday, May 18, 2011 10:24 AM
**To:** 'Ernie Nycz'
**Cc:** Colao, Brian
**Subject:** RE: settlement documents

Ernie,

If we can start discussing the agreements early, we may be able to avoid involving Judge Mazzant on the 27th. You have now had drafts of the proposed settlement agreement and agreed judgment for nearly three weeks. You have had drafts of the IP transfer agreement and domain name transfer agreement for nearly two weeks. Please give us whatever comments you can by the end of the day today so that we can work through as much as possible before the 27th.

Neal

---

**From:** Ernie Nycz [mailto:ernie@nycz.com]
**Sent:** Wednesday, May 18, 2011 7:34 AM
**To:** Massand, Neal
**Subject:** Re: settlement documents

Neal,

I am at a clients location until tomorrow morning. We will have some comments to you by the end of the week.

I think the biggest issues will be the breadth of the intellectual property transfer agreement. I will have more details for you soon.

Ernie

On 5/17/11 9:49 AM, Massand, Neal wrote:
Ernie,

Any idea when we can expect to hear from you with comments?

Neal
*** Notice from Dykema Gossett PLLC: To comply with U.S. Treasury regulations, we advise you that any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used, by any person (i) for the purpose of avoiding penalties that may be imposed by the Internal Revenue

2

Service, or (ii) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. DYKEMA