UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOCALSPACE, LLC | § | |
| | § | |
| vs. | § | 4:09CV350 |
| | § | |
| DANIEL D. LORENSO and | § | |
| LARKSPARK CORPORATION | | |

## ORDER

Pending before the Court is Defendant's Emergency Motion to Continue or Appear via telephone (Dkt. #226). The Court finds that the motion should be GRANTED, in part.

It is **ORDERED** that counsel's request to appear via telephone is DENIED. The Settlement Conference is reset to Tuesday, May 31, 2011, at 9:00 a.m. at the U. S. Courthouse Annex, 200 N. Travis Street, Sherman, Texas.

**SIGNED this 24th day of May, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE