IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DATE: 5/31/2011

| MAGISTRATE JUDGE | COURT REPORTER: Digital |
|---|---|
| Amos L. Mazzant | COURTROOM DEPUTY: Debbie McCord |

| VOCAL SPACE VS LORENSO, ET AL | CAUSE NO: **4:09cv350** |
|---|---|

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Brian Colao | Ernest Nycz |
| Neal Massand; also corporate representative | D. Lorenso, Defendant |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Motion to Compel Defendant to Remain in U.S. #228 |
|---|---|
| 9:07 am | Court called case, noting appearance of counsel and parties. |
|  | Mr. Colao addressed the Court regarding possible settlement issues, also defense counsel motion to withdraw and motion to compel Defendant to remain in U.S. |
| 9:10 am | Mr. Nycz addressed the Court. |
| 9:12 am | Mr. Colao addressed the Court, referring to parties' settlement agreement, a copy of which was tendered to the Court. |
|  | Discussion ensued between counsel and the Court regarding the settlement agreement executed in March of this year. |
|  | The parties have until Thursday at Noon to sign the closing documents in this case. Mr. Lorenso cannot leave the country until that time. If the documents are not signed, the parties will appear before the Court on Thursday afternoon at 3pm. |
| 9:32 am | Mr. Nycz addressed the Court. |
| 9:33 am | Mr. Nycz withdrew motion to withdraw, granted by the Court. |
| 9:34 am | Court in recess. |
|  |  |
|  |  |